IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON L. BROWN,<br>    **Plaintiff,**<br><br>v.<br><br>SMITH AND SOLOMON<br>COMMERCIAL DRIVER TRAINING,<br>*et al.*,<br>    **Defendants.** | :<br>:<br>:<br>: **CIVIL ACTION NO. 19-CV-1533**<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 16th day of April, 2019, upon consideration of Plaintiff Jason L. Brown's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for the reasons discussed in the Court's Memorandum.

4. Brown may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended complaint and must clearly state the factual basis for Brown's claims against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court shall **SEND** Brown a blank copy of the Court's form complaint to be used by a *pro se* plaintiff filing a civil action in this Court bearing the above civil action number. Brown may use this form to file an amended complaint if she chooses to do so.

6. If Brown fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

*[signature]*

**PETRESE B. TUCKER, J.**