## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON L. BROWN,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 19-CV-1533** |
| | : | |
| **SMITH AND SOLOMON** | : | |
| **COMMERCIAL DRIVER TRAINING,** | : | |
| *et al.,* | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 28th day of May, 2019, upon consideration of Plaintiff Jason Brown's Amended Complaint (ECF No. 6), Motion for Relief (ECF No. 7), Exhibits (ECF No. 8), Motion to Direct Interrogatories (ECF No. 9), Motion Requesting Service of Process (ECF No. 10), and Motion for Issuance of a Writ of Sequestration (ECF No. 11), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii), for the reasons stated in the Court's Memorandum. To the extent Brown raises state claims, those claims are **DISMISSED without prejudice**. Brown may not file a second amended complaint in this case.

2. Brown's Motion to Direct Interrogatories (ECF No. 9) is **DENIED.**

3. Brown's Motion Requesting Service of Process (ECF No. 10) is **DENIED.**

4. Brown's Motion for Issuance of a Writ of Sequestration (ECF No. 11) is **DENIED.**

5. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

_____
**PETRESE B. TUCKER, J.**